In the Matter of the Claim of NICK SINNOTT, Respondent, v. EASTERN WOOD-WORKING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award is partly based on an

injury to the hand for which a schedule award has heretofore been made and paid. All concur.

In the Matter of the Claim of FANNY SMITH and Others, Respondents, v. STANCOURT LAUNDRY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.